In the Matter of the Claim of RALPH DAVIDSON, Respondent, against CENTRAL GREYHOUND LINES, INC., OF NEW YORK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.